UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTY J. DOWNING,

    Plaintiff,

    v.                                  Case No. 2:12-cv-15236
                                        District Judge: R. Allan Edgar

Hon. PATRICK J. DUGGAN,

    Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL

Upon stipulation of the parties, with the plaintiff, an attorney, acting *in pro per* and the defendant acting by and through his attorneys, it is hereby ordered that this action shall be dismissed with prejudice and with each party bearing his or her own costs and attorney fees.

IT IS SO ORDERED.

                                                        /s/ R. Allan Edgar
                                                      R. ALLAN EDGAR
                                                      United States District Judge

Dated: April 3, 2013

Approved as to form and substance:

                                                        BARBARA L. McQUADE
                                                      United States Attorney

*s/Kristy Joi Downing*                         *s/William L. Woodard*
KRISTY J. DOWNING                    WILLIAM L. WOODARD
Plaintiff Pro Se                                  Assistant United States Attorney
172 Carson Drive                             Attorneys for Defendant
Westland, MI 48181                        211 West Fort Street, Suite 2001
Phone: (248) 982-3925                    Detroit, MI 48226-3211
E-mail: Kristy@kjdowninglaw.com     Phone: (313) 226-9786
(P67122)                                              E-mail: william.woodard@usdoj.gov
                                                       (P27404)

Dated: April 1, 2013